UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INITIAL REALTY CO.,        )
ET AL.,                    )
       Plaintiffs          )
                           )
              v.           )  08-CV-30235-MAP
                           )
SHELLY HERMAN,             )
       Defendant           )

ORDER

November 29, 2010

PONSOR, D.J.

       Pursuant to a motion apparently filed before the Court of
Appeals for the First Circuit, Plaintiffs filed an amended
complaint in this case on October 18, 2010.  No answer or
other responsive pleading has since been filed by Defendant,
and the case still appears to be on appeal before the First
Circuit.

       Nevertheless, the status of the case is confusing.  For
this reason, counsel for Plaintiffs is hereby ordered to file,
on or before December 17, 2010, a written report describing
the status of the case.  The report shall address the
questions of whether the case is still on appeal, whether
Defendant will be filing a responsive pleading, or whether the
filing of the amended complaint in effect returns the case to
this court.

       The status report may also suggest a schedule for further

proceedings before this court if that is appropriate.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge